■ In the Matter of WILLIE LEON HALL, Appellant, v BRIAN FISCHER, Commissioner, New York State Department of Corrections and Community Supervision, Respondent. [987 NYS2d 285]—Appeal from a judgment of the Supreme Court, Wyoming

County (Mark H. Dadd, A.J.), entered February 27, 2013 in a proceeding pursuant to CPLR article 78. The judgment dismissed the petition.

It is hereby ordered that said appeal is unanimously dismissed without costs as moot (*see Matter of Ansari v Travis*, 9 AD3d 901 [2004], *lv denied* 3 NY3d 610 [2004]). Present—Smith, J.P., Peradotto, Lindley, Sconiers and Whalen, JJ.